1  CALDWELL LESLIE & PROCTOR, PC
   LINDA M. BURROW, State Bar No. 194668
2    *burrow@caldwell-leslie.com*
   ARMILLA STALEY-NGOMO, State Bar No. 259686
3    *staley-ngomo@caldwell-leslie.com*
   725 South Figueroa Street, 31st Floor
4  Los Angeles, California 90017-5524
   Telephone: (213) 629-9040
5  Facsimile: (213) 629-9022

6  Attorneys for Defendants JESÚS TIRADO
   CASTAÑEDA, EDÉN MUÑOZ, MARTÍN
7  LÓPEZ, MARTÍN AUGUSTO GUIDO, and
   UMG RECORDINGS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RAMÓN VILLALOBOS and ALBERTO VALENCIA,<br><br>Plaintiffs,<br><br>v.<br><br>JESÚS TIRADO CASTAÑEDA, EDÉN MUÑOZ, ARMANDO RAMOS, MARTÍN LÓPEZ, MARTÍN AUGUSTO GUIDO, and UMG RECORDINGS, INC.,<br><br>Defendants. | Case No. 13-CV-07678-ODW<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Action Filed:  October 12, 2012<br><br>Hon. Otis D. Wright, II |

**TO THE HONORABLE COURT:**

Plaintiffs RAMÓN VILLALOBOS and ALBERTO VALENCIA (collectively, "Plaintiffs"), on the one hand, and Defendants JESÚS TIRADO CASTAÑEDA, EDÉN MUÑOZ, MARTÍN LÓPEZ, MARTÍN AUGUSTO GUIDO, and UMG RECORDINGS, INC. (collectively, "Defendants"), on the other hand, by and through their undersigned counsel of record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and, to the extent applicable, corresponding State of Illinois Statute(s) including but not limited to 735 ILCS 5/2-1009 et.seq., hereby agree and stipulate that Plaintiffs' Complaint against Defendants is dismissed without prejudice.  Each party is to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED:  May 8, 2014        LAW OFFICES OF STUART A. PETERSEN

By:   */S/ Stuart A. Petersen (via email authorization)*
        Stuart A. Petersen, Esq.
Attorney for Plaintiffs RAMÓN VILLALOBOS and ALBERTO VALENCIA

DATED:  May 8, 2014        CALDWELL LESLIE & PROCTOR, PC

By:   */S/ Linda M. Burrow*
        Linda M. Burrow, Esq.
        Armilla Staley-Ngomo, Esq.
Attorneys for Defendants JESÚS TIRADO CASTAÑEDA, EDÉN MUÑOZ, MARTÍN LÓPEZ, MARTÍN AUGUSTO GUIDO, and UMG RECORDINGS, INC.