1  CALDWELL LESLIE & PROCTOR, PC
   LINDA M. BURROW, State Bar No. 194668
2    burrow@caldwell-leslie.com
   ARMILLA STALEY-NGOMO, State Bar No. 259686
3    staley-ngomo@caldwell-leslie.com
   725 South Figueroa Street, 31st Floor
4  Los Angeles, California 90017-5524
   Telephone: (213) 629-9040
5  Facsimile: (213) 629-9022

6  Attorneys for Defendants JESÚS TIRADO
   CASTAÑEDA, EDÉN MUÑOZ, MARTÍN
7  LÓPEZ, MARTÍN AUGUSTO GUIDO, and
   UMG RECORDINGS, INC.

8                                                          **JS-6**

9              **UNITED STATES DISTRICT COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

12  RAMÓN VILLALOBOS and ALBERTO        Case No. 13-CV-07678-ODW
    VALENCIA,
13
                 Plaintiffs,            **ORDER GRANTING STIPULATION FOR**
14                                      **DISMISSAL WITHOUT PREJUDICE**
          v.                            **PURSUANT TO FED. R. CIV. P.**
15                                      **41(a)(1)(A)(ii)**
    JESÚS TIRADO CASTAÑEDA, EDÉN
16  MUÑOZ, ARMANDO RAMOS, MARTÍN
    LÓPEZ, MARTÍN AUGUSTO GUIDO, and   Action Filed: October 12, 2012
17  UMG RECORDINGS, INC.,
                                        Hon. Otis D. Wright, II
18               Defendants.

                                                 Case No. 13-CV-07678-ODW
                                                        [PROPOSED] ORDER

1  **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the
2  parties' Stipulation for Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) is
3  **GRANTED.**

5  **IT IS SO ORDERED.**

   Dated:   May 9, 2014

   HON. OTIS D. WRIGHT, II
   United States District Judge

   Respectfully submitted,

   CALDWELL LESLIE & PROCTOR, PC

   By:  */S/ Linda M. Burrow*
           Linda M. Burrow, Esq.
           Armilla Staley-Ngomo, Esq.
   Attorneys for Defendants JESÚS TIRADO CASTAÑEDA,
   EDÉN MUÑOZ, MARTÍN LÓPEZ, MARTÍN AUGUSTO
   GUIDO, and UMG RECORDINGS, INC.

-1-  Case No. 13-CV-07678-ODW
     [PROPOSED] ORDER